UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN K. STEVENS,<br>            Plaintiffs | CIVIL ACTION |
| | NUMBER |
| versus | SECTION |
| PINNACLE RECOVERY, INC.;<br>WYNDHAM VACATION OWNERSHIP, INC.;<br>ABC INSURANCE COMPANY; and XYZ<br>INSURANCE COMPANY,<br>            Defendants | MAGISTRATE |
| | **JURY TRIAL<br>DEMANDED** |

FILED                                         DEPUTY CLERK

## **COMPLAINT**

NOW INTO COURT through undersigned counsel comes plaintiff, John K. Stevens, who assert the following.

1.

This is an action for damages and other relief resulting from violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692o (the "FDCPA"), which prohibits debt collectors from engaging in deceptive, abusive, and unfair debt collection practices; for declaratory relief; and for other relief under state law.

### **JURISDICTION AND VENUE**

2.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).  Venue is proper in the Eastern District of Louisiana, which is the judicial district wherein a substantial part of the events relevant to the claims made herein occurred.  This court has jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

## PARTIES

### 3.

Plaintiff, John K. Stevens, is a person of full age of majority domiciled in St. Tammany Parish, Louisiana.

### 4.

Defendant, Pinnacle Recovery, Inc. (Pinnacle), is a California corporation which is registered and doing business in the state of Louisiana.

### 5.

Pinnacle is a "debt collector" as defined at 15 U.S.C. § 1692a(6).

### 6.

Defendant, Wyndham Vacation Ownership, Inc. (Wyndham), is a Delaware corporation which is registered and doing business in the state of Louisiana.

### 7.

ABC Insurance Company and XWZ Insurance Company are the fictitious names of insurance providers that have issued policies of insurance in favor of the defendants, which policies cover the claims made herein. ABC and XYZ insurance companies are liable *in solido* with the defendants pursuant to the Louisiana Direct Action Statute, La. Rev. Stat. Ann. § 22:655.

## FACTS

### 8.

In 2001, Stevens purchased a timeshare interest in property in the Virgin Islands. The timeshare is managed by Wyndham, through the Bluebeards Beach Club Owners Association. Timeshare owners are charged assessments for the upkeep and maintenance of their timeshare properties.

**September 16, 2011 letter from Pinnacle**

9.

On September 16, 2011, Pinnacle sent Stevens a collection letter, claiming that he owed a balance of $6,451.72 on the Wyndham timeshare.

10.

An accurate copy of the September 16, 2011 letter is attached hereto as **Exhibit A.**

**January 6, 2012 letter from Pinnacle**

11.

On January 6, 2012, Pinnacle sent Stevens another collection letter seeking to collect the $6,451.72 balance allegedly owed to Wyndham - Bluebeards Beach Club. This letter, in relevant part, contained the following settlement offer:

> RE:   WYNDAM – BLUEBEARDS BEACH CLUB
>         Account # 1015087
>         CDN # 83-651
>         Balance 6,451.72
>
> Dear Mr. Steven,
>
> Your file has been submitted to this agency for collection.
>
> Pursuant to your request this letter indicates that Pinnacle Recovery, Inc. and Wyndham – Bluebeards Beach Club have agreed to accept $4,951.71 as payment in full.  Upon receipt of the full settlement balance the maintenance fees for the contract # 83-651 that was placed in collections on 04-13-2011 will be paid in full.
>
> Please pay the amount of $4,951.71 by January 10, 2012 to validate this offer.

12.

An accurate copy of the January 6, 2012 letter is attached hereto as **Exhibit B.**

3

## Acceptance of settlement and acknowledgement by Pinnacle

13.

Stevens accepted the settlement offer and paid the $4,951.71.  On January 17, 2012, Pinnacle sent him a letter stating:  "As of the payment date of 01-10-2012, your account with the above referenced client that was placed for collections on 04-13-2011, is paid in full."

14.

An accurate copy of the January 17, 2012 letter is attached hereto as **Exhibit C**.

## January 23, 2012 letter from Wyndham

15.

On January 23, 2012, Wyndham sent Stevens a "duplicate bill" indicating a "Previous Account Balance" of $1,090.22 and a "Current Assessment" of $797.00, for a total of $1,887.22.

16.

An accurate copy of Wyndham's January 23, 2012 invoice is attached hereto as **Exhibit D**.

17.

Stevens called Wyndham and explained that he'd already paid his balance through a settlement with Pinnacle on January 10, 2012.  Wyndham replied that they'd check into it and get back with him.

## April 25, 2012 letter from Wyndam

18.

Stevens heard nothing more until he received a "Collection Notice" from Wyndham dated April 25, 2012, listing an amount due of $1,910.38.

19.

An accurate copy of Wyndham's April 25, 2012 collection notice is attached hereto as **Exhibit E**.

20.

Stevens called Wyndham, again explaining that he had settled his account through Pinnacle in January, and asked why he received the collection letter.  Wyndham again said they would check into it.

### May 17, 2012 letter and account history from Wyndam

21.

On May 17, 2012, Wyndham sent Stevens another "duplicate bill" and an account history dated May 14, 2012.

22.

An accurate copy of Wyndham's May 17, 2012 invoice and account history dated May 14, 2012 are attached as **Exhibit F**.

23.

The May 14, 2012 Wyndham account history reveals the following:

- Contrary to the $6,451.72 balance listed in Pinnacle's September 16, 2011 collection letter, the actual balance owed to Wyndham on that date was $5,531.27.

- At least $772.00 of the $797.00 "Current Assessment" listed in Wyndham's January 23, 2012 invoice had been assessed on November 16, 2011 and was due on January 1, 2012, before Pinnacle's settlement offer of January 6, 2012.

- The only transactions posted to Stevens' account between the date of Pinnacle's settlement offer on January 6, 2012 and the January 23, 2012 Wyndham invoice were a $25.00 late fee and $4,608.37 in credits. The credits consist of $1,000.00 in waived interest and late charges, and $3,608.37 in payment credits.

- The $4,608.37 that Wyndham credited to Stevens for the settlement payment was less than the $4,951.71 that Stevens paid to Pinnacle.

### June 4, 2012 letter from Pinnacle

24.

On June 4, 2012, Pinnacle sent Stevens a collection letter for $2,685.34. This amount is $767.24 higher than Wyndham's May 17, 2012 stating a balance of $1,918.10.

25.

An accurate copy of Pinnacle's June 4, 2012 collection letter is attached as **Exhibit G.**

26.

After receiving the June 4, 2012 letter, Stevens called Pinnacle and spoke to a collector named David Silva. Silva pulled up the account and told Stevens that he saw where the account was paid off on January 10, 2012, and saw the January 17, 2012 Pinnacle letter stating the account was paid in full. Silva asked Stevens to send him the account history from Wyndham and an outline of what happened.

### June 28, 2012 email dispute to Pinnacle

27.

Stevens prepared a letter to David Silva, and emailed it to him on June 28, 2012. Attached to the email were (i) the May 17, 2012 Wyndham invoice and account history,

6

(ii) an image of his bank statement from January showing the settlement payment, (iii) a copy of Pinnacle's January 6, 2012 collection letter with the settlement offer, (iv) a copy of Pinnacle's January 17, 2012 letter acknowledging payment of the settlement, and (v) a letter outlining the events to date.

28.

An accurate copy of Steven's June 28, 2012 email and the attachments are attached hereto as **Exhibit H.**

<b><u>July 2, 2012 letter from Pinnacle</u></b>

29.

On July 2, 2012, Pinnacle responded to Stevens' email by sending Stevens another collection letter. The letter states that "it is our desire to be reasonable" and warns that "[t]o continue without communication could only result in added costs."

30.

An accurate copy of Pinnacle's July 2, 2012 collection letter is attached as **Exhibit I.**

31.

Desiring to be reasonable, Stevens called David Silva at Pinnacle again. Silva pulled up the account and asked Stevens: "Are you ready to take care of this today"? Stevens replied that he hadn't heard anything back from him regarding the email and documents he had sent. Silva said that he hadn't heard back from Wyndham, and would call them and get back in touch.

<b><u>August 1, 2012 letter from Pinnacle</u></b>

32.

7

Silva got back in touch with Stevens on August 1, 2012 by sending him yet another collection letter. The letter states that "you have ignored our efforts to negotiate a satisfactory resolution," and warns: "This notice will serve as your last. We expect to be given instructions by our client as to the next step towards enforcing their available rights and remedies."

33.

An accurate copy of Pinnacle's August 1, 2012 letter is attached hereto as **Exhibit J.**

34.

After sending the August 1 letter, Silva called Stevens and asked him to pay. Stevens replied that he still hadn't heard anything regarding his dispute and the documents he had sent. Silva told Stevens that he had spoken to Wyndham, and that he owed the money and needed to pay it. Stevens replied that he didn't think he owed the money, and reminded Silva that he had a letter from Pinnacle stating the account was paid in full. Silva said he needed to check on something and would call him back.

35.

Silva called back on August 20, 2012. He told Stevens "you need to take care of this today." When Stevens told him that he didn't owe the money and had an appointment with an attorney, Silva raised his voice and yelled that he was tired of talking to him, and to "either pay this bill today or suffer the consequences."

36.

At all times relevant, Pinnacle was acting on behalf of Wyndham, as its lawful agent and representative.

8

37.

Wyndham is vicariously liable for Pinnacle's actions.

38.

As a result of the defendants' actions, plaintiff has suffered damages including, but not limited to, aggravation and mental distress.

## FDCPA VIOLATIONS

39.

The express purpose of the Fair Debt Collection Practices Act ("FDCPA") is to eliminate abusive debt collection practices by debt collectors, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged. 15 U.S.C. § 1692(e).

40.

Pinnacle violated the FDCPA in respects including, but not limited to, the following.

(a)     Pinnacle violated 15 U.S.C. 1692e(2)(A) in its letter dated September 16, 2011 by falsely representing the amount of the debt.

(b)     Pinnacle violated 15 U.S.C. 1692e or 15 U.S.C. 1692f by failing to honor a settlement offer that plaintiff accepted and paid.

(c)     Pinnacle violated 15 U.S.C. 1692e(2)(A) in its letters dated June 4, 2012, July 2, 2012 and August 1, 2012, and in its post-settlement telephone calls, by falsely representing the amount of the debt.

## STATE LAW CLAIMS

### 41.

At all times relevant, Pinnacle was acting as the lawful agent and representative of Wyndham.

### 42.

Wyndham's January 6, 2012 settlement offer, made through its agent Pinnacle, is binding on Wyndham.

### 43.

Stevens' $6,451.72 account balance as of January 6, 2012 was extinguished by his acceptance and payment of the $4,951.71 settlement offer.

### 44.

Wyndham breached its agreement with Stevens by demanding payment of amounts not owed after Stevens accepted and paid the settlement.

### Declaratory Judgment

### 45.

Pursuant to this court's supplemental jurisdiction under 28 U.S.C. § 1367 and Article 1871 of the Louisiana Code of Civil Procedure, plaintiff requests a judgment declaring the respective rights between Stevens and Wyndham relative to the January 2012 settlement.

### Insurer Liability

### 46.

ABC Insurance Company and XWZ Insurance Company are the fictitious names of insurance providers who have issued policies of insurance in favor of the defendants,

which policies cover the claims made herein.  ABC and XYZ insurance companies are liable *in solido* with the defendants pursuant to the Louisiana Direct Action Statute, La. Rev. Stat. Ann. § 22:655.

## JURY DEMAND

47.

Plaintiff demands a trial by jury.

**WHEREFORE**, plaintiff prays for a judgment in his favor and against the defendants and their insurers jointly, severally, and in solido, for:

(a)   Actual and additional damages against Pinnacle under 15 U.S.C. §§ 1692k(a)(1) and 1692k(a)(2)(A).

(b)   Actual damages against Wyndham under state law.

(c)   Costs and reasonable attorney fees against Pinnacle under 15 U.S.C. § 1692k(a)(3).

(d)   A judgment declaring the respective rights and obligations existing between Stevens and Wyndham after the January 2012 settlement.

(e)   Interest.

(f)   All other relief appropriate in the premises.

Respectfully submitted,

/s/ Steve R. Conley
Steve R. Conley  (LSBA #21246)
321 N. Vermont Street, Suite 210
Covington, LA  70433
PH: 985-892-7222  FAX: 985-590-5838
steve@consumerlaw1.com

# EXHIBIT A

## (following page)

PO Box 130848
Carlsbad CA 92013



888-831-1804
Fax (760) 929-6695

September 16, 2011

Regarding: **Bluebeards Beach Club (83)**
Account #: 1015087
Amount Due: $6451.72



## THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

Dear Johnny K Stevens ,

We feel we have given you every opportunity to amicably resolve your obligation to our client. It is obvious that you have ignored our efforts to negotiate a satisfactory resolution.

This notice will serve as your last. We expect to be given instructions by our client as to the next step towards enforcing their available rights and remedies.

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for this purpose.

Sincerely,

Rebecca Beatty
**Pinnacle Recovery, Inc.**
**(888) 831-1804**

Visit our website to make your payment at paypinnaclerecovery.com. You will need the account number and zip code as provided in this letter.

### Please see reverse side of this letter for important information.

* * * Detach Lower Portion and Return with Payment in the Enclosed Envelope * * *

46CL030405MT3

| You are hereby authorized to charge my credit card:. | | |
|---|---|---|
| (CHECK ONE) ☐ VISA  ☐ MC  ☐ DISC | | |
| CARD NUMBER PLUS 3 DIGIT SECURITY CODE (on back of card) | | EXP DATE / |
| CARDHOLDER NAME | PHONE # | AMOUNT $ |
| CARDHOLDER SIGNATURE | | DATE |

PO Box 130848
Carlsbad CA 92013-0848

CHANGE SERVICE REQUESTED

September 16, 2011

1015087-MT3     625540636

PERSONAL & CONFIDENTIAL
Johnny K Stevens
130 Spartan Loop
Slidell LA 70458-5586

Pinnacle Recovery, Inc.
PO Box 130848
Carlsbad CA 92013-0848

Regarding:    Bluebeards Beach Club (83)
Account #:    1015087
Amount Due:  $6451.72

FEDERAL AND STATE DEBT COLLECTION LAWS AND/OR THE FAIR CREDIT REPORTING ACT
REQUIRE THE FOLLOWING DISCLOSURES

**Required by Fair Credit Reporting Act:** You have a right to inspect your credit report.

**All States:** You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency (as authorized by our client) if you fail to fulfill the terms of your credit obligations.

**COLORADO:** If the consumer notifies a debt collection agency in writing that: the consumer wishes the collection agency to cease contact by telephone at the consumer's residence or place of employment, then no such further contact by telephone shall be made; the consumer refuses to pay a debt or the consumer wishes the collection agency to cease further communication with the consumer, then the debt collector or collection agency shall not communicate further with the consumer with respect to such debt, except for a written communication: to advise the consumer that the collection agency's further efforts are being terminated; to notify the consumer that the collection agency or creditor may invoke specified remedies which are ordinarily invoked by such collection agency or creditor; or where applicable, to notify the consumer that the collection agency or creditor intends to invoke a specified remedy permitted by law. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca.

This communication is from a debt collector.

1776 S. Jackson St., Suite 900, Denver, Co 80210, Telephone # 303-753-0945
Hours Monday thru Friday 9am to 5pm   Send payments to 1776 S. Jackson St., Suite 900, Denver, CO 80210

**IDAHO:** Managers can be reached at 888-831-1844, Monday to Friday, 8 a.m. to 5 p.m.

**MAINE:** Hours of Operation are Monday to Friday, 8 a.m. to 5 p.m.

**MASSACHUSETTS:** Massachusetts Office: 15 Union Street, Lawrence, Massachusetts 01840. Hours: Monday to Friday, 9 a.m. to 5 p.m. EST. Send Payments to: 15 Union Street, Lawrence, Massachusetts 08140.

"Notice of important rights": You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**NEW YORK CITY:** Department of Consumer Affairs License Number: 0163834.

**NORTH CAROLINA:** North Carolina Department of Insurance Permit Number 3514.

**TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

**UTAH:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**WISCONSIN:** This collection agency is licensed by the Office of the Administrator of the Division of Banking. P.O. Box 7876, Madison, Wisconsin 53707.

# EXHIBIT B

(following page)

pinn cle

January 6, 2012

STEVENS, JOHNNY K
130 SPARTAN LOOP
SLIDELL LA 70458

RE:  WYNDHAM - BLUEBEARDS BEACH CLUB
     Account # 1015087
     CDN # 83-651
     Balance 6,451.72

Dear Mr. Steven,

Your file has been submitted to this agency for collection.

Pursuant to your request this letter indicates that Pinnacle Recovery, Inc. and
Wyndham – Bluebeards Beach Club have agreed to accept $4,951.71 as payment in
fulll. Upon receipt of the full settlement balance the maintenance fees for the contract#
83-651 that was placed in collections on 04-13-2011 will be paid in full.

Please pay the amount of $4951.71 by January 10, 2012 to validate this offer.

Please call our offices at 1-888-831-1804 to make arrangements for payment.

This is an attempt to collect a debt.  Any information obtained will be used for this
purpose.

Sincerely,

James Jones
Collections Associate
Pinnacle Recovery, Inc
(888) 831-1804 Ext 1156

Pinnacle Recovery, Inc.
P.O. Box 130048
Carlsbad, CA 92013-0848
760.929.6605
760.929.6695 fax
Toll Free 888.831.1804

# EXHIBIT C

## (following page)



January 17, 2012

STEVENS, JOHNNY K
130 SPARTAN LOOP
SLIDELL LA 70458

RE:    WYNDHAM - BLUEBEARDS BEACH CLUB
          Account #1015087
          CDN #83-651

Dear Mr. Stevens,

As of the payment date of 01-10-2012, your account with the above referenced client
that was placed in collections on 04-13-2011, is paid in full.

If you should have any further questions please call 888-831-1804 x1156.

Please remember you have an ongoing commitment for the annual fees.

Sincerely,

Jim Jones
Customer Service Representative
Pinnacle Recovery, Inc
(888) 831-1804 Ext 1156

This is an attempt to collect a debt. Any information obtained will be used for that
purpose.

Pinnacle Recovery, Inc.
P.O. Box 130848
Carlsbad, CA 92013-0848
760.929.6685
760.929.6695 fax
Toll Free 888.831.1804

# EXHIBIT D

(following page)



Captain's Command at Bluebeards Beach Club Owners Association, Inc.
10750 W. Charleston Blvd.
Suite 150
Las Vegas, NV  89135

## DUPLICATE BILL

JOHNNY K. STEVENS

130 SPARTAN LOOP
SLIDELL, LA, 70458, USA

**Resort Name:  Bluebeard's Beach Club**

| ACCOUNT # | INVOICE DATE | ACCOUNT NAME | |
|---|---|---|---|
| 83-651 | 1/23/2012 | JOHNNY K. STEVENS | |
| DATE | DESCRIPTION | | AMOUNT |
| 1/23/2012 | Previous Account Balance | | $1,090.22 |
| | Current Assessment | | $797.00 |

Your account will be subject to late fees in accordance with the terms outlined in your Association's Collection Policy if your payment is not received in our office by the due date.   For Billing Questions, call: 1 (954) 590-2185, 6am to 6pm PST (M-F).

| | | Total Due | $1,887.22 |
|---|---|---|---|

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT**

| ACCOUNT # | INVOICE DATE | DUE DATE | MINIMUM DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 83-651 | 1/23/2012 | Upon Receipt | $1,887.22 | |



☐ Check here if address has changed.
   Please note corrections on reverse side.

☐ Go Green:
   Check here for Electronic Invoicing.

Make Checks Payable to:
Captain's Command at Bluebeards Beach Club Owners Association, Inc.

Captain's Command at Bluebeards Beach Club Owners Association, Inc.
10750 W. Charleston Blvd.
Suite 150
Las Vegas, NV  89135

# EXHIBIT E

## (following page)

**BLUEBEARD'S BEACH CLUB**
Attn: Property Management
10750 W. Charleston Blvd. Suite 150
Las Vegas, NV 89135

WYNDHAM VACATION OWNERSHIP

## Collection Notice

4/26/2012

STEVENS, JOHNNY K

130 SPARTAN LOOP
SLIDELL, LA 70468

| Project/Contract ID: | 83-651 | | Unit/Week(s): | 227  23BF |
|---|---|---|---|---|
| Owner Name: | STEVENS, JOHNNY K | | | |
| | | | | |

We have not received your Annual Maintenance Fees that was due to your property association on 1/1/2012. Late fees have been added to the amount you owe. The total amount due including late charges is $ 1,910.38 which may also include a previous delinquent balance. Please be advised, if the amount above is not paid within 30 days from the date of this notice, your account will be assigned to an Outside Collection Agency for further servicing, in which another 40% will be added to the delinquent balance.

Unless the payment is received in full or you produce satisfactory evidence that the delinquency does not exist and your account remains delinquent, you will be denied the right to occupy your timeshare periods.

If you believe that the amount due is incorrect, or if you believe your payment should have reached us, please call us at 954-590-2185 or email us at assessmentbilling@wyn.com .

There are two ways to pay your Maintenance Fees:

1.  Pay by Visa, MasterCard, or Discover Credit Card online at https://www.wyndhamvacationresorts.com/fwpayments.
    Please be sure to have your Project/Contract ID and Zip Code as noted on this invoice available.

    *International owners – please email us at assessmentbilling@wyn.com so we can create your password and send it to you. Once received, you can use it to access your account online.*

    - OR -

2.  Pay by Check by forwarding your payment along with the lower portion of this statement to the address below.

*Please return the lower portion with your check or money order payment*

TO INSURE PROPER CREDIT, PLEASE INDICATE YOUR ACCOUNT NO. ON YOUR CHECK OR MONEY ORDER

Make checks payable to: Captain's Command at Bluebeard's Beach Club
Owners Assoc., Inc.

☐ CHECK HERE IF ADDRESS OR EMAIL ADDRESS HAS CHANGED
NOTE CORRECTIONS ON REVERSE SIDE

Amount Due:  $ 1,910.38

*Mail your check payment to:*

Amount Enclosed: $_____

Captain's Command at Bluebeard's Beach Club Owners
Assoc., Inc.
PO Box 62168
Baltimore, MD 21264-2168

83-651

STEVENS, JOHNNY K

⑆8700652673 0083 042412 00000651 00000000000 0019103800⑆

# EXHIBIT F

## (following page)



**WYNDHAM**

Captain's Command at Bluebeards Beach Club Owners Association, Inc.
10750 W. Charleston Blvd., Suite 150
Las Vegas, NV 89135

To Pay On-Line:  https://www.wyndhamvacationresorts.com/fwpayments

## DUPLICATE BILL

JOHNNY K STEVENS

130 SPARTAN LOOP
SLIDELL, LA, 70458

Resort Name:  Bluebeard's Beach Club

| ACCOUNT # | INVOICE DATE | ACCOUNT NAME | |
|---|---|---|---|
| 83-651 | 5/17/2012 | JOHNNY K STEVENS | |
| DATE | DESCRIPTION | | AMOUNT |
| 1/1/2012 | 2012 Basic Assessment | | $772.00 |
| | 2011 SPA | | $745.00 |
| | 2011 sPA Late Charge | | $25.00 |
| | 2012 Late Charge | | $25.00 |
| | Association Interest 2011 and 2012 | | $351.10 |

Your account will be subject to late fees in accordance with the terms outlined in your Association's Collection Policy if your payment is not received in our office by the due date.   For Billing Questions, call: 1 (954) 590-2185, 6am to 5:30pm PST (M-F).

**Total Due**    $1,918.10

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
### PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT

| ACCOUNT # | INVOICE DATE | DUE DATE | MINIMUM DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 83-651 | 5/17/2012 | Upon Receipt | $1,918.10 | |

**WYNDHAM**

☐ Check here if address has changed. Please note corrections on reverse side.

☐ Go Green: Check here for Electronic Invoicing.  (Available beginning 2013)

Make Checks Payable to:
Captain's Command at Bluebeards Beach Club Owners Association, Inc.

Captain's Command at Bluebeards Beach Club Owners Association, Inc.
10750 W. Charleston Blvd., Suite 150
Las Vegas, NV  89135

```
RUN DATE: 14-MAY-12   TIME: 16:47              St. Thomas Resorts Sales                    USER: S47073       PAGE 0002
STEVENS, JOHNNY K                              Contract #: 83 -651     Status:ACTIV  110 SPARTAN LOOP
    .                                          Resort:    BLUEBEARDS BEACH CLUB       SLIDELL, LA 73458

(985) 445-3177    INVENTORY: 227-23-B-F


AS OF   05/14/12
INVENTORY      DUE/DOCS  TYPE  DOC DATE   AMOUNT   TRX  DESCRIPTION       APL   BATCH  PHK  RUNNING BAL
```

| INVENTORY | DUE/DOCS | TYPE | DOC DATE | AMOUNT | TRX | DESCRIPTION | APL | BATCH | PHK | RUNNING BAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 227-23-B-F | 03/03/10 | FCHG | 03/03/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14349 | | 3,448.53 |
| 227-23-B-F | 04/05/10 | FCHG | 04/09/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14519 | | 3,476.64 |
| 227-23-B-F | 05/04/10 | FCHG | 05/04/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14637 | | 3,504.75 |
| 227-23-B-F | 06/07/10 | FCHG | 06/07/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14764 | | 3,532.86 |
| 227-23-B-F | 07/06/10 | FCHG | 07/06/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14829 | | 3,560.97 |
| 227-23-B-F | 08/11/10 | FCHG | 08/11/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14928 | | 3,589.08 |
| 227-23-B-F | 09/02/10 | FCHG | 09/02/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14988 | | 3,617.19 |
| 227-23-B-F | 10/05/10 | FCHG | 10/05/10 | 28.11 | 768 | 2010 INTEREST | 768 | 15070 | | 3,645.30 |
| 227-23-B-F | 11/05/10 | FCHG | 11/05/10 | 28.11 | 768 | 2010 INTEREST | 768 | 15155 | | 3,673.41 |
| 227-23-B-F | 01/01/11 | INV | 11/09/10 | 747.00 | 721 | 2011 BASIC ASSE | 721 | 15171 | | 4,420.41 |
| 227-23-B-F | 12/02/10 | FCHG | 12/02/10 | 28.11 | 768 | 2010 INTEREST | 768 | 15233 | | 4,448.52 |
| 227-23-B-F | 01/04/11 | FCHG | 01/04/11 | 28.11 | 783 | 2011 INTEREST | 783 | 15335 | | 4,476.63 |
| 227-23-B-F | 01/18/11 | FCHG | 01/18/11 | 25.00 | 782 | 2011 LATE FEE | 782 | 15404 | 483 | 4,501.63 |
| 227-23-B-F | 02/07/11 | FCHG | 02/07/11 | 35.58 | 783 | 2011 INTEREST | 783 | 15535 | | 4,537.21 |
| 227-23-B-F | 03/02/11 | FCHG | 03/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 15672 | | 4,572.79 |
| 227-23-B-F | 04/05/11 | FCHG | 04/05/11 | 35.58 | 783 | 2011 INTEREST | 783 | 15828 | | 4,606.37 |
| 227-23-B-F | 05/03/11 | FCHG | 05/03/11 | 35.58 | 783 | 2011 INTEREST | 783 | 15931 | | 4,643.95 |
| 227-23-B-F | 06/02/11 | FCHG | 06/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16007 | | 4,679.53 |
| 227-23-B-F | 07/05/11 | FCHG | 07/05/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16089 | | 4,715.11 |
| 227-23-B-F | 08/02/11 | FCHG | 08/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16153 | | 4,750.69 |
| 227-23-B-F | 10/01/11 | INV | 08/25/11 | 745.00 | 786 | 2011 SPA | 786 | 16200 | 483 | 5,495.69 |
| 227-23-D-F | 09/02/11 | FCHG | 09/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16218 | | 5,531.27 |
| 227-23-B-F | 10/04/11 | FCHG | 10/04/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16344 | | 5,566.85 |
| 227-23-B-F | 11/02/11 | FCHG | 11/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16520 | | 5,602.43 |
| 227-23-B-F | 01/01/12 | INV | 11/16/11 | 772.00 | 722 | 2012 BASIC ASSE | 722 | 16582 | | 6,374.43 |
| 227-23-B-F | 11/17/11 | FCHG | 11/17/11 | 25.00 | 787 | 2011 SPA LATE F | 787 | 16599 | 483 | 6,399.43 |
| 227-23-B-F | 12/07/11 | FCHG | 12/07/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16695 | | 6,435.01 |
| 227-23-B-F | 01/04/12 | FCHG | 01/04/12 | 35.58 | 774 | 2012 INTEREST | 774 | 16921 | | 6,470.59 |
| 227-23-B-F | 01/18/12 | FCHG | 01/18/12 | 25.00 | 773 | 2012 LATE FEE | 773 | 17024 | 483 | 6,495.59 |
| 227-23-B-F | | CHEM | 01/20/12 | 25.00- | 562 | WAIVE 2009 LATE | 762 | 17046 | | 6,470.59 |
| 227-23-B-F | | CHEM | 01/20/12 | 227.81- | 563 | WAIVE 2009 INTE | 763 | 17046 | | 6,242.78 |
| 227-23-B-F | | CHEM | 01/20/12 | 65.73- | 565 | WRITE-OFF INTER | 765 | 17046 | | 6,177.05 |
| 227-23-B-F | | CHEM | 01/20/12 | 25.00- | 567 | WAIVE 2010 LATE | 767 | 17046 | | 6,152.05 |
| 227-23-B-F | | CHEM | 01/20/12 | 329.92- | 560 | WAIVE 2010 INTE | 768 | 17046 | | 5,822.13 |
| 227-23-B-F | | CHEM | 01/20/12 | 25.00- | 582 | WAIVE 2011 LATE | 782 | 17046 | | 5,797.13 |
| 227-23-B-F | | CHEM | 01/20/12 | 134.85- | 583 | WAIVE 2011 INTE | 783 | 17046 | | 5,662.28 |
| 227-23-B-F | | CHEM | 01/20/12 | 166.69- | 584 | WAIVE 2008 INTE | 784 | 17046 | | 5,495.59 |
| 227-23-B-F | PYMN0094 | PMNT | 01/20/12 | 561.00- | 710 | CASH/CHECK PAYM | 717 | 17048 | 483 | 4,834.59 |
| 227-23-B-F | PYMN0094 | PMNT | 01/20/12 | 673.00- | 710 | CASH/CHECK PAYM | 710 | 17045 | 483 | 4,161.59 |
| 227-23-B-F | PYMN0094 | PMNT | 01/20/12 | 737.00- | 710 | CASH/CHECK PAYM | 719 | 17045 | 483 | 3,424.59 |
| 227-23-B-F | PYMN0094 | PMNT | 01/20/12 | 740.00- | 710 | CASH/CHECK PAYM | 720 | 17045 | 483 | 2,684.59 |
| 227-23-B-F | PYMN0094 | PMNT | 01/20/12 | 747.00- | 710 | CASH/CHECK PAYM | 721 | 17045 | 483 | 1,937.59 |
| 227-23-B-F | PYMN0094 | PMNT | 01/20/12 | 25.00- | 710 | CASH/CHECK PAYM | 760 | 17045 | 483 | 1,912.59 |
| 227-23-B-F | PYMN0094 | PMNT | 01/20/12 | 0.37- | 710 | CASH/CHECK PAYM | 765 | 17045 | 483 | 1,912.22 |
| 227-23-B-F | PYMN0094 | PMNT | 01/20/12 | 25.00- | 710 | CASH/CHECK PAYM | 793 | 17045 | 483 | 1,887.22 |
| 227-23-B-F | 02/02/12 | FCHG | 02/02/12 | 7.72 | 774 | 2012 INTEREST | 774 | 17133 | | 1,894.94 |
| 227-23-B-F | 03/02/12 | FCHG | 03/02/12 | 7.72 | 774 | 2012 INTEREST | 774 | 17344 | | 1,902.66 |
| 227-23-B-F | 04/03/12 | FCHG | 04/03/12 | 7.72 | 774 | 2012 INTEREST | 774 | 17584 | | 1,910.38 |
| 227-23-B-F | 05/02/12 | FCHG | 05/02/12 | 7.72 | 774 | 2012 INTEREST | 774 | 17749 | | 1,918.10 |

```
TOTAL:   1,918.10
AGED:    4,713.99 /CUR       0.00 /90+       0.00 /180+       0.00 /270+
```

RUN DATE: 14-MAY-12  TIME: 16:47                    St. Thomas Resorts Sales                                    USER: 547073    PAGE 0001
STEVENS, JEREMY K                            Contract #: 03 -651    Status: ACTIV  130 SPARTAN LOOP
  .                                          Resort:    BLUEBEARDS BEACH CLUB      SLIDELL, LA 70458

(985) 445-3177        INVENTORY: 227-23-B-F

AS OF   05/14/12

| INVENTORY | DUE/DOCS | TYPE | DOC DATE | AMOUNT | TRX | DESCRIPTION | APL | BATCH | BNK | RUNNING BAL |
|-----------|----------|------|----------|--------|-----|-------------|-----|-------|-----|-------------|
| 227-23-B-F | 08/07/02 | FCHG | 08/07/02 | 99.62 | 760 | LATE FEE BCI | 760 | 799001 | | 99.62 |
| 227-23-B-F | 227 -23 | PYMT | 08/07/02 | 99.62- | 250 | BCI PAYMENT | 760 | 799001 | 999 | 0.00 |
| 227-23-B-F | 01/01/07 | INV | 11/07/06 | 661.00 | 717 | 2007 BASIC ASSE | 717 | 9401 | | 661.00 |
| 227-23-B-F | 01/23/07 | FCHG | 01/23/07 | 25.00 | 760 | LATE FEE 2007 | 760 | 9803 | 483 | 686.00 |
| 227-23-B-F | 02/15/07 | FCHG | 02/15/07 | 6.61 | 765 | 2007 INTEREST | 765 | 9959 | | 692.61 |
| 227-23-B-F | 03/15/07 | FCHG | 03/15/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10191 | | 699.22 |
| 227-23-B-F | 04/16/07 | FCHG | 04/16/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10365 | | 705.83 |
| 227-23-B-F | 05/15/07 | FCHG | 05/15/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10473 | | 712.44 |
| 227-23-B-F | 06/18/07 | FCHG | 06/18/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10557 | | 719.05 |
| 227-23-B-F | 08/15/07 | FCHG | 08/15/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10702 | | 725.66 |
| 227-23-B-F | 09/17/07 | FCHG | 09/17/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10781 | | 732.27 |
| 227-23-B-F | 10/16/07 | FCHG | 10/16/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10844 | | 738.88 |
| 227-23-B-F | 01/01/08 | INV | 11/08/07 | 673.00 | 718 | 2008 BASIC ASSE | 718 | 10935 | | 1,411.88 |
| 227-23-B-F | 01/01/08 | INV | 11/08/07 | 3.00 | 740 | ARDA ROC | 740 | 10935 | | 1,414.88 |
| 227-23-B-F | 11/12/07 | FCHG | 11/12/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10943 | | 1,421.49 |
| 227-23-B-F | 12/17/07 | FCHG | 12/17/07 | 6.61 | 765 | 2007 INTEREST | 765 | 11070 | | 1,428.10 |
| 227-23-B-F | 01/16/08 | FCHG | 01/16/08 | 6.61 | 784 | 2008 INTEREST | 784 | 11196 | | 1,434.71 |
| 227-23-B-F | 01/16/08 | FCHG | 01/16/08 | 25.00 | 793 | 2008 LATE FEE | 793 | 11202 | | 1,459.71 |
| 227-23-B-F | 02/19/08 | FCHG | 02/19/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11396 | | 1,473.05 |
| 227-23-B-F | 03/17/08 | FCHG | 03/17/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11527 | | 1,486.39 |
| 227-23-B-F | 04/15/08 | FCHG | 04/15/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11670 | | 1,499.73 |
| 227-23-B-F | 05/15/08 | FCHG | 05/15/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11815 | | 1,513.07 |
| 227-23-B-F | 06/16/08 | FCHG | 06/16/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11900 | | 1,526.41 |
| 227-23-B-F | 07/15/08 | FCHG | 07/15/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11973 | | 1,539.75 |
| 227-23-B-F | 08/07/08 | FCHG | 08/07/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12024 | | 1,553.09 |
| 227-23-B-F | 09/02/08 | FCHG | 09/02/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12085 | | 1,566.43 |
| 227-23-B-F | | CHRG | 09/18/08 | 3.00- | 540 | ARDA ROC WRITE | 740 | 12146 | | 1,563.43 |
| 227-23-B-F | 10/02/08 | FCHG | 10/02/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12190 | | 1,576.77 |
| 227-23-B-F | 11/04/08 | FCHG | 11/04/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12271 | | 1,590.11 |
| 227-23-B-F | 12/03/08 | FCHG | 12/03/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12353 | | 1,603.45 |
| 227-23-B-F | 01/15/09 | INV | 12/03/08 | 737.00 | 719 | 2009 BASIC ASSE | 719 | 12363 | | 2,340.45 |
| 227-23-B-F | 01/15/09 | INV | 12/03/08 | 3.00 | 740 | ARDA ROC | 740 | 12363 | | 2,343.45 |
| 227-23-B-F | 01/16/09 | FCHG | 01/16/09 | 13.34 | 784 | 2008 INTEREST | 784 | 12589 | | 2,356.79- |
| 227-23-B-F | 01/30/09 | FCHG | 01/30/09 | 25.00 | 762 | 2009 LATE FEE | 762 | 12632 | 483 | 2,381.79 |
| 227-23-B-F | 02/17/09 | FCHG | 02/17/09 | 20.71 | 763 | 2009 INTEREST | 763 | 12763 | | 2,402.50 |
| 227-23-B-F | 03/17/09 | FCHG | 03/17/09 | 20.71 | 763 | 2009 INTEREST | 763 | 12901 | | 2,423.21 |
| 227-23-B-F | 04/16/09 | FCHG | 04/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13117 | | 2,443.92 |
| 227-23-B-F | | CHRG | 04/23/09 | 3.00- | 540 | ARDA ROC WRITE | 740 | 13162 | | 2,440.92 |
| 227-23-B-F | 05/19/09 | FCHG | 05/19/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13267 | | 2,461.63 |
| 227-23-B-F | 06/16/09 | FCHG | 06/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13361 | | 2,482.34 |
| 227-23-B-F | 07/16/09 | FCHG | 07/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13473 | | 2,503.05 |
| 227-23-B-F | 08/18/09 | FCHG | 08/18/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13569 | | 2,523.76 |
| 227-23-B-F | 09/16/09 | FCHG | 09/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13660 | | 2,544.47 |
| 227-23-B-F | 10/16/09 | FCHG | 10/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13761 | | 2,565.18 |
| 227-23-B-F | 01/01/10 | INV | 11/19/09 | 740.00 | 720 | 2010 BASIC ASSE | 720 | 13900 | | 3,305.18 |
| 227-23-B-F | 11/23/09 | FCHG | 11/23/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13911 | | 3,325.89 |
| 227-23-B-F | 12/16/09 | FCHG | 12/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 14003 | | 3,346.60 |
| 227-23-B-F | 01/20/10 | FCHG | 01/20/10 | 20.71 | 768 | 2010 INTEREST | 768 | 14141 | | 3,367.31 |
| 227-23-B-F | 01/27/10 | FCHG | 01/27/10 | 25.00 | 767 | 2010 LATE FEE | 767 | 14170 | 483 | 3,392.31 |
| 227-23-B-F | 02/11/10 | FCHG | 02/11/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14260 | | 3,420.42 |



## ⊙ARDA

Dear Wyndham Timeshare Owner:

Year after year, vacation ownership owners are a target for federal, state and local lawmakers searching for various ways to raise revenue. So, *who is working to protect your interests as a vacation ownership owner?* The American Resort Development Association's Resort Owners Coalition (ARDA-ROC). ARDA is the thirty-nine year-old Washington, D.C.-based industry trade association representing the resort industry through lobbying, consumer advocacy and a unique organization called ARDA-ROC.

*With unity comes strength!* ARDA-ROC membership is comprised of over 850,000 owners and the organization is funded solely through the voluntary contributions of owners and vacation ownership resorts. Funds are collected by your Resort Association and the revenues are sent to ARDA-ROC headquarters in Washington, D.C. Revenues are dedicated to engaging attorneys and lobbyists to represent vacation ownership.

With this in mind, I am encouraging Wyndham owners to voluntarily contribute $3.00 to ARDA-ROC in conjunction with your annual assessment. For your convenience, your statement includes two total amounts, an amount with the annual assessment due plus the $3.00 ARDA-ROC voluntary contribution and an amount with only the annual assessment due. If you would like to contribute, kindly remit the total with the ARDA-ROC contribution included. All ARDA-ROC contributions will be remitted by your owners' association to ARDA-ROC. In turn, ARDA-ROC will utilize these funds to continue to protect vacation ownership owners. Thank you in advance for your participation.

Sincerely,

Howard Nusbaum
President & CEO
ARDA

---

## IMPORTANT INFORMATION REGARDING YOUR BILLING

Enclosed please find an invoice for your 2012 maintenance fee assessments due to
**Captain's Command at Blackbeard's Beach Club.**

Please take note that your payment is due on or before **01/01/2012**. Payment may be made by check or credit card, as indicated on the invoice.

The use and enjoyment of your interval week is contingent upon your prompt payment. In the event that your payment is **not** received by the due date, please be reminded that the Association may pursue any and all remedies available under the Association's governing documents and its approved collection policy, which remedies may include the right to:

- Assess a late fee of $ 25.00;

- Assess interest on the delinquent amount at a rate of  12 %  per annum;

- Deny you the use and occupancy of your interval week if you become more than 60 days delinquent;

- Rent your interval week if you become more than 60 days delinquent;

- Report you to credit agencies if you become more than 60 days delinquent;

- Refer your account to collections if you become more than 90 days delinquent, with the cost of collections to be added to your account;

- Foreclose upon your delinquent interval week if your account remains uncollected;

- Pursue any other legal rights and remedies.

If you have any questions about your invoice, please contact our office at 1-954-590-2185.

**Message from the President**
Captain's Command at Bluebeard's Beach Club Owner's Association Inc.
October 24, 2011

Good evening, I'll be sharing a bit of my Beach Club history with you, our current accomplishments and my vision for the resort.

I have been associated with the Beachclub since 1999 when I first became an owner. My experience than was nothing short of disappointing. I was blindsided by Equivest, and there were no lines of communication opened to the owners. My own lack of understanding of the timeshare I purchased drove me to obtain the governing documents and educate myself about the roles and responsibilities of the Association, developer and Management. In an effort to bridge the communication gap that existed, I founded the Yahoo Owners' Group to create an environment where owners could share information and be better informed. As a result, what was established as an outlet to vent my frustrations has turned out to be one of the most rewarding and fulfilling ventures in my life.

After writing that previous paragraph it got me to thinking about how our resort has changed over the years and how it will continue to evolve. It's been years since Equivest was bought out by what is now Wyndham. The property which once was in deplorable state of disrepair has been brought back to life by initiatives undertaken by Ada Graveyus, Wyndham's Regional Vice president for Florida and the Caribbean, Alex Tomas, our Resort Manager and his very dedicated and supportive staff. This team is resolute in its quest to improve the property and thus enhance the guests' experience. The support given by this team to the owner Directors is unparalleled, and with their dedicated service I'm confident and excited that what's to come for our resort will be spectacular.

Numerous renovation projects have been completed; and for those of you who have not yet had an opportunity to visit, please make your travel plans, you will be proud to be owners. The Swimming Pool, Barbecue area, Tennis Courts, Beach Huts and Mini Basketball Court have all been upgraded and the resort has never looked better.

While we are facing a challenging economic climate and it is becoming increasingly difficult for us to part with our money, the condition and age of the units require our immediate attention. The renovation project that was announced last year is well underway to buildings A and B. The Board's commitment is to provide the highest level of owner satisfaction while being mindful of the financial impact to the Owner's Association. Alex will provide greater details of the unit renovations in his report later in the meeting.

So how do we expand and enhance our resort while simultaneously trying to keep owner fees in check? It might sound impossible but I believe it can be done. The answer is reducing costs and minimizing impact to our budget.

By applying this approach, the following measures have either been implemented or are under review to aid in reducing costs and generating income.

1. The unit interior renovation project has been reduced from last years announced estimate by $55.00 per interval, through aggressive negotiations and multiple biddings, while the scope of the project was greatly enhanced to better serve the needs of our owners.

2. Exploring the possibility of another energy provider at 64% reduction in cost from what we are currently paying. A non-binding letter of intent has been signed and additional information will be forth-coming.

3. Contracting with a national company for the care and operation of the Waste Water Treatment Plant and the Reverse Osmosis Plant. This agreement will save the association over $480K over the first five years.

4. A new laundry service agreement has been negotiated at a 15% cost reduction.

5. A new vending machine has been installed in the lobby with a 10% commission to the resort.

6. An "Association owned" Wi-Fi system was launched in March which will generate additional income.

7. A 20% commission from tour sales by our new beach vendor is being realized by the Association.

8. Expansion of the Delinquent Rental Program to include contracting by a professional rental company is being explored.

I have no doubt that all of us will benefit from these proposed and implemented initiatives. These projects have far-reaching effects on staff morale. The evidence that the owners and management care and show interest in the property, is enough to challenge the employees to provide improved customer service and take pride in executing their jobs. Fewer guest complaints at the front desk allow employees to focus on enhancing guest experience rather than putting out fires. The staff seems to have renewed vigor, a significant snowball effect when we owners reap the benefits and can spend our time enjoying our property and our vacations!

I previously mentioned the Yahoo Owners Group, be sure to join us online. http://groups.yahoo.com/group/BluebeardsBeachClub/

This group of nearly 800 owners represents slightly less than 30% of all non-developer owned intervals. The site provides owners an avenue to discuss issues, gain feedback, and share information and has been a valuable tool that the Board utilizes to determine direction, changes and resolutions. One such issue that has received a lot of attention on the Yahoo group is with regard to those who have been experiencing difficulties with floating weeks 18-51. Your voices were heard and the Board, management and developer worked together to reach a solution to rectify this issue. Details are available on the Yahoo Group and will be mailed with the 2012 maintenance fee invoices.

We have many reasons to be excited about our resort's future. On behalf of my fellow board members, thank you for your ongoing support and trust. What we've accomplished in just 10 short months could not have been possible without the co-operative team effort put forth by the entire Board along with management and the developer. I look forward to continuing Bluebeard's Beach Club's transformation into the most desirable resort in St. Thomas.

Thank you for your attention.

2

# EXHIBIT G

(following page)

PO Box 130848
Carlsbad CA 92013



888-831-1804
Fax (760) 929-6695

June 4, 2012

Regarding:     **Bluebeards Beach Club (83)**
Account #:     1133440
Amount Due:    $2685.34



### THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

Dear Johnny K Stevens ,

The above maintenance fee and tax obligation has been assigned to our firm for collection.

As you were made aware by our client, the timely payment of your Homeowners assessment is a shared responsibility of all owners.  For the owners that have yet to fulfill their obligation, our client has solicited our services to assist with the resolution of this debt.

It is important that you understand our responsibility which is to initiate all available remedies to assist with the enforcement of this claim for our client.  We intend to be reasonable in resolving this issue.

You will never have a better opportunity to resolve your delinquent balance.  It is to your benefit to contact us to make payment arrangements.  Please do not contact our client regarding this debt until the amount has been satisfied in full.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this agency will assume the debt is valid.  If you notify this agency in writing within 30 days from receiving this notice, this agency will obtain verification of the debt or obtain a copy of a judgment against you and mail you a copy of such judgment or verification.  If you request this agency in writing within 30 days after receiving this notice, this agency will provide you with the name and address of the original creditor, if different from the current creditor.**

This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for this purpose.

Sincerely,


**Pinnacle Recovery, Inc.**
**(888) 831-1804**

Visit our website to make your payment at paypinnaclerecovery.com.  You will need the account number and zip code as provided in this letter.

### Please see reverse side of this letter for important information.

* * * Detach Lower Portion and Return with Payment in the Enclosed Envelope * * *

ICL080405MTI

| You are hereby authorized to charge my credit card:. | | |
|---|---|---|
| (CHECK ONE)  ☐ 🔲  ☐ 🔲  ☐ 🔲 | | |
| CARD NUMBER  PLUS 3 DIGIT SECURITY CODE (on back of card) | | EXP DATE / |
| CARDHOLDER NAME | PHONE # | AMOUNT $ |
| CARDHOLDER SIGNATURE | | DATE |

PO Box 130848
Carlsbad CA 92013-0848

CHANGE SERVICE REQUESTED


June 4, 2012

1133440-MTI      802996195
PERSONAL & CONFIDENTIAL
Johnny K Stevens
130 Spartan Loop
Slidell LA 70458-5586

Pinnacle Recovery. Inc.
PO Box 130848
Carlsbad CA 92013-0848

Regarding:     Bluebeards Beach Club (83)
Account #:     1133440
Amount Due:    $2685.34

**FEDERAL AND STATE DEBT COLLECTION LAWS AND/OR THE FAIR CREDIT REPORTING ACT REQUIRE THE FOLLOWING DISCLOSURES**

**Required by Fair Credit Reporting Act:** You have a right to inspect your credit report.

**All States:** You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency (as authorized by our client) if you fail to fulfill the terms of your credit obligations.

**CALIFORNIA:** As required by law, you are hereby notified that a negative credit agency report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described in the notice on the front of this letter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

**COLORADO:** If the consumer notifies a debt collection agency in writing that: the consumer wishes the collection agency to cease contact by telephone at the consumer's residence or place of employment, then no such further contact by telephone shall be made; the consumer refuses to pay a debt or the consumer wishes the collection agency to cease further communication with the consumer, then the debt collector or collection agency shall not communicate further with the consumer with respect to such debt, except for a written communication: to advise the consumer that the collection agency's further efforts are being terminated; to notify the consumer that the collection agency or creditor may invoke specified remedies which are ordinarily invoked by such collection agency or creditor; or where applicable, to notify the consumer that the collection agency or creditor intends to invoke a specified remedy permitted by law. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca.

This communication is from a debt collector.

1776 S. Jackson St., Suite 900, Denver, Co 80210, Telephone # 303-753-0945
Hours Monday thru Friday 9am to 5pm    Send payments to 1776 S. Jackson St., Suite 900, Denver, CO 80210

**IDAHO:** Managers can be reached at 888-831-1844, Monday to Friday, 8 a.m. to 5 p.m.

**MAINE:** Hours of Operation are Monday to Friday, 8 a.m. to 5 p.m.

**MASSACHUSETTS:** Massachusetts Office: 15 Union Street, Lawrence, Massachusetts 01840. Hours: Monday to Friday, 9 a.m. to 5 p.m. EST. Send Payments to: 15 Union Street, Lawrence, Massachusetts 08140.

"Notice of important rights": You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**NEW YORK CITY:** Department of Consumer Affairs License Number: 0163834.

**NORTH CAROLINA:** North Carolina Department of Insurance Permit Number 3514.

**TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

**UTAH:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**WISCONSIN:** This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

# EXHIBIT H

# (following page)

# John Stevens

From: **John Stevens** (tmberwolf@hotmail.com)
Sent: Thu 6/28/12 9:22 AM
To: dsilva@pinnaclerecovery.com

5 attachments
img338.jpg (241.2 KB) , img339.jpg (90.9 KB) , Pinnacle letter.pdf (63.4 KB) , Pinnacle letter
PIF.pdf (49.6 KB) , Bluebeards Beach Club Collection Agency (Jun 2012).doc (26.5 KB)

Mr Silva;
My name is John Stevens and I spoke to you yesterday concerning my account with Bluebeards Beach
Club/Wyndham. I am forwarding you copies of items you requested to help get this problem resolved. If
you need any further information please contact me so we can resolve this. Thank you for your
assistance.

John Stevens



**Captain's Command at Bluebeards Beach Club Owners Association, Inc.**
10750 W. Charleston Blvd., Suite 150
Las Vegas, NV 89135

To Pay On-Line:  https://www.wyndhamvacationresorts.com/fwpayments

## DUPLICATE BILL

JOHNNY K STEVENS

130 SPARTAN LOOP
SLIDELL, LA, 70458

Resort Name:  Bluebeard's Beach Club

| ACCOUNT # | INVOICE DATE | ACCOUNT NAME | |
|---|---|---|---|
| 83-651 | 5/17/2012 | JOHNNY K STEVENS | |
| DATE | DESCRIPTION | | AMOUNT |
| 1/1/2012 | 2012 Basic Assessment | | $772.00 |
| | 2011 SPA | | $745.00 |
| | 2011 sPA Late Charge | | $25.00 |
| | 2012 Late Charge | | $25.00 |
| | Association Interest 2011 and 2012 | | $351.10 |

Your account will be subject to late fees in accordance with the terms outlined in your Association's Collection Policy If your payment is not received in our office by the due date.   For Billing Questions, call: 1 (954) 590-2185, 6am to 5:30pm PST (M-F).

**Total Due**     $1,918.10

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PLEASE DETACH THIS PORTION AND RETURN WITH YOUR PAYMENT

| ACCOUNT # | INVOICE DATE | DUE DATE | MINIMUM DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
| 83-651 | 5/17/2012 | Upon Receipt | $1,918.10 | |



☐ Check here if address has changed.
  Please note corrections on reverse side.

☐ Go Green: Check here for Electronic
  Invoicing.  (Available beginning 2013)

Make Checks Payable to:
Captain's Command at Bluebeards Beach Club Owners Association, Inc.

**Captain's Command at Bluebeards Beach Club Owners Association, Inc.**
10750 W. Charleston Blvd., Suite 150
Las Vegas, NV  89135

```
RUN DATE: 14-MAY-12  TIME: 16:47          St. Thomas Resorts Sales                    USER: 547073    PAGE 0002
STEVENS, JOHNNY K                    Contract #: 81-651   Status: ACTIV  11C SPARTAN LOOP
                                     Resort:    BLUEBEARDS BEACH CLUB         SLIDELL, LA 72458
(985) 445-3177      INVENTORY: 227-23-B-F


AS OF   05/14/12
INVENTORY   DUE/DOC#  TYPE  DOC DATE   AMOUNT    TRN  DESCRIPTION         APL   BATCH   BNK  RUNNING BAL
```

| INVENTORY | DUE/DOC# | TYPE | DOC DATE | AMOUNT | TRN | DESCRIPTION | APL | BATCH | BNK | RUNNING BAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 227-23-B-F | 03/03/10 | FCHG | 03/03/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14349 | | 3,448.53 |
| 227-23-B-F | 04/05/10 | FCHG | 04/05/10 | 28.11 | 768 | 2010 INTEREST | 768 | 11519 | | 3,476.64 |
| 227-23-B-F | 05/04/10 | FCHG | 05/04/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14627 | | 3,504.75 |
| 227-23-B-F | 06/07/10 | FCHG | 06/07/10 | 28.11 | 768 | 2010 INTEREST | 768 | 11754 | | 3,532.86 |
| 227-23-B-F | 07/06/10 | FCHG | 07/06/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14829 | | 3,563.97 |
| 227-23-B-F | 08/11/10 | FCHG | 08/11/10 | 28.11 | 768 | 2010 INTEREST | 768 | 11928 | | 3,589.08 |
| 227-23-B-F | 09/02/10 | FCHG | 09/02/10 | 28.11 | 768 | 2010 INTEREST | 768 | 14986 | | 3,617.19 |
| 227-23-B-F | 10/05/10 | FCHG | 10/05/10 | 28.11 | 768 | 2010 INTEREST | 768 | 15070 | | 3,645.30 |
| 227-23-B-F | 11/05/10 | FCHG | 11/05/10 | 28.11 | 768 | 2010 INTEREST | 768 | 15195 | | 3,673.41 |
| 227-23-B-F | 01/01/11 | INV | 11/09/10 | 747.00 | 721 | 2011 BASIC ASSE | 721 | 15171 | | 4,420.41 |
| 227-23-B-F | 12/02/10 | FCHG | 12/02/10 | 28.11 | 768 | 2010 INTEREST | 769 | 15233 | | 4,448.52 |
| 227-23-B-F | 01/04/11 | FCHG | 01/04/11 | 28.11 | 783 | 2011 INTEREST | 783 | 15335 | | 4,476.63 |
| 227-23-B-F | 01/18/11 | FCHG | 01/18/11 | 25.00 | 762 | 2011 LATE FEE | 782 | 15404 | 481 | 4,501.63 |
| 227-23-B-F | 02/07/11 | FCHG | 02/07/11 | 35.58 | 783 | 2011 INTEREST | 783 | 15535 | | 4,537.21 |
| 227-23-B-F | 03/02/11 | FCHG | 03/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 15672 | | 4,572.79 |
| 227-23-B-F | 04/05/11 | FCHG | 04/05/11 | 35.58 | 783 | 2011 INTEREST | 783 | 15828 | | 4,608.37 |
| 227-23-B-F | 05/03/11 | FCHG | 05/03/11 | 35.58 | 783 | 2011 INTEREST | 783 | 15931 | | 4,643.95 |
| 227-23-B-F | 06/02/11 | FCHG | 06/02/11 | 35.58 | 783 | 2011 INTEREST | 784 | 16007 | | 4,679.53 |
| 227-23-B-F | 07/05/11 | FCHG | 07/05/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16089 | | 4,715.11 |
| 227-23-B-F | 08/02/11 | FCHG | 08/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16155 | | 4,750.69 |
| 227-23-B-F | 10/05/11 | INV | 08/25/11 | 745.00 | 786 | 2011 SPA | 786 | 16290 | 481 | 5,495.69 |
| 227-23-B-F | 09/02/11 | FCHG | 09/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16218 | | 5,531.27 |
| 227-23-B-F | 10/04/11 | FCHG | 10/04/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16344 | | 5,566.85 |
| 227-23-B-F | 11/02/11 | FCHG | 11/02/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16620 | | 5,602.43 |
| 227-23-B-F | 01/01/12 | INV | 11/16/11 | 772.00 | 722 | 2012 BASIC ASSE | 722 | 16582 | | 6,374.43 |
| 227-23-B-F | 11/17/11 | FCHG | 11/17/11 | 25.00 | 787 | 2011 SPA LATE F | 787 | 16599 | 481 | 6,399.43 |
| 227-23-B-F | 12/07/11 | FCHG | 12/07/11 | 35.58 | 783 | 2011 INTEREST | 783 | 16696 | | 6,435.01 |
| 227-23-B-F | 01/04/12 | FCHG | 01/04/12 | 35.58 | 773 | 2012 INTEREST | 773 | 16921 | | 6,470.59 |
| 227-23-B-F | 01/18/12 | FCHG | 01/18/12 | 25.00 | 773 | 2012 LATE FEE | 773 | 17024 | 481 | 6,495.59 |
| 227-23-B-F | | CHEX | 01/20/12 | 25.00- | 562 | WAIVE 2009 LATE | 762 | 17046 | | 6,470.59 |
| 227-23-B-F | | CHEX | 01/20/12 | 227.81- | 561 | WAIVE 2009 INTE | 763 | 17046 | | 6,242.78 |
| 227-23-B-F | | CHEX | 01/20/12 | 65.71- | 565 | WRITE-OFF INTER | 765 | 17046 | | 6,177.05 |
| 227-23-B-F | | CHEX | 01/20/12 | 25.00- | 567 | WAIVE 2010 LATE | 767 | 17046 | | 6,152.05 |
| 227-23-B-F | | CHEX | 01/20/12 | 329.92- | 568 | WAIVE 2010 INTE | 768 | 17046 | | 5,822.13 |
| 227-23-B-F | | CHEX | 01/20/12 | 25.00- | 582 | WAIVE 2011 LATE | 762 | 17046 | | 5,797.13 |
| 227-23-B-F | | CHEX | 01/20/12 | 134.85- | 581 | WAIVE 2011 INTE | 781 | 17046 | | 5,662.28 |
| 227-23-B-F | | CHEX | 01/20/12 | 166.69- | 584 | WAIVE 2009 INTE | 784 | 17046 | | 5,495.59 |
| 227-23-B-F | PIMN0894 | PMT | 01/20/12 | 561.00- | 210 | CASH/CHECK PAYM | 717 | 17045 | 481 | 4,934.59 |
| 227-23-B-F | PIMN0894 | PMT | 01/20/12 | 673.00- | 210 | CASH/CHECK PAYM | 718 | 17045 | 481 | 4,261.59 |
| 227-23-B-F | PIMN0894 | PMT | 01/20/12 | 717.00- | 210 | CASH/CHECK PAYM | 719 | 17045 | 481 | 3,424.59 |
| 227-23-B-F | PIMN0894 | PMT | 01/20/12 | 740.00- | 210 | CASH/CHECK PAYM | 720 | 17045 | 481 | 2,684.59 |
| 227-23-B-F | PIMN0894 | PMT | 01/20/12 | 747.00- | 210 | CASH/CHECK PAYM | 721 | 17045 | 481 | 1,937.59 |
| 227-23-B-F | PIMN0894 | PMT | 01/20/12 | 25.00- | 210 | CASH/CHECK PAYM | 761 | 17045 | 481 | 1,912.59 |
| 227-23-B-F | PIMN0894 | PMT | 01/20/12 | 0.37- | 210 | CASH/CHECK PAYM | 765 | 17045 | 481 | 1,912.22 |
| 227-23-B-F | PIMN0894 | PMT | 01/20/12 | 25.00- | 210 | CASH/CHECK PAYM | 793 | 17045 | 413 | 1,887.22 |
| 227-23-B-F | 02/02/12 | FCHG | 02/02/12 | 7.72 | 774 | 2012 INTEREST | 774 | 17133 | | 1,894.94 |
| 227-23-B-F | 03/02/12 | FCHG | 03/02/12 | 7.72 | 774 | 2012 INTEREST | 774 | 17344 | | 1,902.66 |
| 227-23-B-F | 04/03/12 | FCHG | 04/03/12 | 7.72 | 774 | 2012 INTEREST | 774 | 17584 | | 1,910.38 |
| 227-23-B-F | 05/02/12 | FCHG | 05/03/12 | 7.72 | 774 | 2012 INTEREST | 774 | 17749 | | 1,918.10 |

```
TOTAL:    1,918.10
AGED:   4,713.99-/CUR      0.00 /90+     0.00 /180+     0.00 /270+
```

RUN DATE: 14-MAY-12   TIME: 16:47          St. Thomas Resorts Sales                    USER: S47073
STEVENS, JOHNNY K                  Contract #: 83 -651    Status: ACTIV   130 SPARTAN LOOP          PAGE 0001
     •                              Resort:    BLUEBEARDS BEACH CLUB       SLIDELL, LA 70458
(985) 445-3177    INVENTORY: 227-23-B-F

AS OF   05/14/12

| INVENTORY | DUE/DOCS | TYPE | DOC DATE | AMOUNT | TRX | DESCRIPTION | APL | BATCH | BNK | RUNNING BAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 227-23-B-F | 08/07/02 | FCHG | 08/07/02 | 99.62 | 760 | LATE FEE EC1 | 760 | 799001 | | 99.62 |
| 227-23-B-F | 227 -23 | PMNT | 08/07/02 | 99.62- | 250 | EC1 PAYMENT | 760 | 799001 | 999 | 0.00 |
| 227-23-B-F | 01/01/07 | INV | 11/07/06 | 661.00 | 717 | 2007 BASIC ASSE | 717 | 9481 | | 661.00 |
| 227-23-B-F | 01/23/07 | FCHG | 01/23/07 | 25.00 | 760 | LATE FEE 2007 | 760 | 9803 | 483 | 686.00 |
| 227-23-B-F | 02/15/07 | FCHG | 02/15/07 | 6.61 | 765 | 2007 INTEREST | 765 | 9959 | | 692.61 |
| 227-23-B-F | 03/15/07 | FCHG | 03/15/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10191 | | 699.22 |
| 227-23-B-F | 04/16/07 | FCHG | 04/16/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10365 | | 705.83 |
| 227-23-B-F | 05/15/07 | FCHG | 05/15/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10473 | | 712.44 |
| 227-23-B-F | 06/18/07 | FCHG | 06/18/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10557 | | 719.05 |
| 227-23-B-F | 08/15/07 | FCHG | 08/15/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10702 | | 725.66 |
| 227-23-B-F | 09/17/07 | FCHG | 09/17/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10781 | | 732.27 |
| 227-23-B-F | 10/16/07 | FCHG | 10/16/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10844 | | 738.88 |
| 227-23-B-F | 01/01/08 | INV | 11/08/07 | 673.00 | 718 | 2008 BASIC ASSE | 718 | 10935 | | 1,411.88 |
| 227-23-B-F | 01/01/08 | INV | 11/08/07 | 3.00 | 740 | ARDA ROC | 740 | 10935 | | 1,414.88 |
| 227-23-B-F | 11/12/07 | FCHG | 11/12/07 | 6.61 | 765 | 2007 INTEREST | 765 | 10943 | | 1,421.49 |
| 227-23-B-F | 12/17/07 | FCHG | 12/17/07 | 6.61 | 765 | 2007 INTEREST | 765 | 11078 | | 1,428.10 |
| 227-23-B-F | 01/16/08 | FCHG | 01/16/08 | 6.61 | 784 | 2008 INTEREST | 784 | 11196 | | 1,434.71 |
| 227-23-B-F | 01/16/08 | FCHG | 01/16/08 | 25.00 | 793 | 2008 LATE FEE | 793 | 11202 | | 1,459.71 |
| 227-23-B-F | 02/19/08 | FCHG | 02/19/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11396 | | 1,473.05 |
| 227-23-B-F | 03/17/08 | FCHG | 03/17/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11527 | | 1,486.39 |
| 227-23-B-F | 04/15/08 | FCHG | 04/15/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11670 | | 1,499.73 |
| 227-23-B-F | 05/15/08 | FCHG | 05/15/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11815 | | 1,513.07 |
| 227-23-B-F | 06/16/08 | FCHG | 06/16/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11900 | | 1,526.41 |
| 227-23-B-F | 07/15/08 | FCHG | 07/15/08 | 13.34 | 784 | 2008 INTEREST | 784 | 11973 | | 1,539.75 |
| 227-23-B-F | 08/07/08 | FCHG | 08/07/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12024 | | 1,553.09 |
| 227-23-B-F | 09/02/08 | FCHG | 09/02/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12085 | | 1,566.43 |
| 227-23-B-F | | CHEX | 09/18/08 | 3.00- | 540 | ARDA ROC WRITE | 740 | 12146 | | 1,563.43 |
| 227-23-B-F | 10/02/08 | FCHG | 10/02/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12190 | | 1,576.77 |
| 227-23-B-F | 11/04/08 | FCHG | 11/04/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12271 | | 1,590.11 |
| 227-23-B-F | 12/03/08 | FCHG | 12/03/08 | 13.34 | 784 | 2008 INTEREST | 784 | 12353 | | 1,603.45 |
| 227-23-B-F | 01/15/09 | INV | 12/03/08 | 737.00 | 719 | 2009 BASIC ASSE | 719 | 12363 | | 2,340.45 |
| 227-23-B-F | 01/15/09 | INV | 12/03/08 | 3.00 | 740 | ARDA ROC | 740 | 12363 | | 2,343.45 |
| 227-23-B-F | 01/16/09 | FCHG | 01/16/09 | 13.34 | 784 | 2008 INTEREST | 784 | 12559 | | 2,356.79- |
| 227-23-B-F | 01/30/09 | FCHG | 01/30/09 | 25.00 | 762 | 2009 LATE FEE | 762 | 12632 | 483 | 2,381.79 |
| 227-23-B-F | 02/17/09 | FCHG | 02/17/09 | 20.71 | 763 | 2009 INTEREST | 763 | 12763 | | 2,402.50 |
| 227-23-B-F | 02/17/09 | FCHG | 03/17/09 | 20.71 | 763 | 2009 INTEREST | 763 | 12981 | | 2,423.21 |
| 227-23-B-F | 04/16/09 | FCHG | 04/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13117 | | 2,443.92 |
| 227-23-B-F | | CHEX | 04/23/09 | 3.00- | 540 | ARDA ROC WRITE | 740 | 13162 | | 2,440.92 |
| 227-23-B-F | 05/19/09 | FCHG | 05/19/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13267 | | 2,461.63 |
| 227-23-B-F | 06/16/09 | FCHG | 06/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13361 | | 2,482.34 |
| 227-23-B-F | 07/16/09 | FCHG | 07/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13473 | | 2,503.05 |
| 227-23-B-F | 08/18/09 | FCHG | 08/18/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13569 | | 2,523.76 |
| 227-23-B-F | 09/16/09 | FCHG | 09/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13669 | | 2,544.47 |
| 227-23-B-F | 10/16/09 | FCHG | 10/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13761 | | 2,565.18 |
| 227-23-B-F | 01/01/10 | INV | 11/19/09 | 740.00 | 720 | 2010 BASIC ASSE | 720 | 13900 | | 3,305.18 |
| 227-23-B-F | 11/23/09 | FCHG | 11/23/09 | 20.71 | 763 | 2009 INTEREST | 763 | 13911 | | 3,325.89 |
| 227-23-B-F | 12/16/09 | FCHG | 12/16/09 | 20.71 | 763 | 2009 INTEREST | 763 | 14003 | | 3,346.60 |
| 227-23-B-F | 01/20/10 | FCHG | 01/20/10 | 20.71 | 768 | 2010 INTEREST | 768 | 14141 | | 3,367.31 |
| 227-23-B-F | 01/27/10 | FCHG | 01/27/10 | 25.00 | 767 | 2010 LATE FEE | 767 | 14170 | 483 | 3,392.31 |
| 227-23-B-F | 02/11/10 | FCHG | 02/11/10 | 28.11 | 769 | 2010 INTEREST | 768 | 14260 | | 3,420.42 |



# @ARDA

American Resort Development Association

Dear Wyndham Timeshare Owner:

Year after year, vacation ownership owners are a target for federal, state and local lawmakers searching for various ways to raise revenue. So, who is working to protect your interests as a vacation ownership owner? The American Resort Development Association's Resort Owners Coalition (ARDA-ROC). ARDA is the thirty-nine year-old Washington, D.C.-based industry trade association representing the resort industry through lobbying, consumer advocacy and a unique organization called ARDA-ROC.

*With unity comes strength!* ARDA-ROC membership is comprised of over 850,000 owners and the organization is funded solely through the voluntary contributions of owners and vacation ownership resorts. Funds are collected by your Resort Association and the revenues are sent to ARDA-ROC headquarters in Washington, D.C. Revenues are dedicated to engaging attorneys and lobbyists to represent vacation ownership.

With this in mind, I am encouraging Wyndham owners to voluntarily contribute $3.00 to ARDA-ROC in conjunction with your annual assessment. For your convenience, your statement includes two total amounts, an amount with the annual assessment due plus the $3.00 ARDA-ROC voluntary contribution and an amount with only the annual assessment due. If you would like to contribute, kindly remit the total with the ARDA-ROC contribution included. All ARDA-ROC contributions will be remitted by your owners' association to ARDA-ROC. In turn, ARDA-ROC will utilize these funds to continue to protect vacation ownership owners. Thank you in advance for your participation.

Sincerely,

Howard Nusbaum
President & CEO
ARDA

---

**IMPORTANT INFORMATION REGARDING YOUR BILLING**

Enclosed please find an invoice for your 2012 maintenance fee assessments due to

**Captain's Command at Bloebeard's Beach Club.**

Please take note that your payment is due on or before **01/01/2012**. Payment may be made by check or credit card, as indicated on the invoice.

The use and enjoyment of your interval week is contingent upon your prompt payment. In the event that your payment is <u>not</u> received by the due date, please be reminded that the Association may pursue any and all remedies available under the Association's governing documents and its approved collection policy, which remedies may include the right to:

- Assess a late fee of **$ 25.00**;

- Assess interest on the delinquent amount at a rate of **12 %** per annum;

- Deny you the use and occupancy of your interval week if you become more than 60 days delinquent;

- Rent your interval week if you become more than 60 days delinquent;

- Report you to credit agencies if you become more than 60 days delinquent;

- Refer your account to collections if you become more than 90 days delinquent, with the cost of collections to be added to your account;

- Foreclose upon your delinquent interval week if your account remains uncollected;

- Pursue any other legal rights and remedies.

If you have any questions about your invoice, please contact our office at 1-954-590-2185.

1b

## Message from the President
### Captain's Comment at Bluebeard's Beach Owner's Association Inc.
### October 26, 2011

Good evening, I'll be sharing a bit of my Beach Club history with you, our current accomplishments and my vision for the resort.

I have been associated with the Beachclub since 1999 when I first became an owner. My experience then was nothing short of disappointing. I was ill-informed by Equivest, and there were no lines of communication opened to the owners. My own lack of understanding of the timeshare I purchased drove me to obtain the governing documents and educate myself about the roles and responsibilities of the Association, developer and Management. In an effort to bridge the communication gap that existed, I founded the Yahoo Owners' Group to create an environment where owners could share information and be better informed. As a result, what was established as an outlet to vent my frustrations has turned out to be one of the most rewarding and fulfilling ventures in my life.

After writing that previous paragraph it got me to thinking about how our resort has changed over the years and how it will continue to evolve. It's been years since Equivest was bought out by what is now Wyndham. The property which once was in a progressive state of disrepair has been brought back to life by initiatives undertaken by Ada Graveyan, Wyndham's Regional Vice president for Florida and the Caribbean, Alex Turno, our Resort Manager and his very dedicated and supportive staff. This team is resolute in its quest to improve the property and thus enhance the guests' experience. The support given by this team to the owner Directors is unparalleled, and with their dedicated service I'm confident and excited that what's to come for our resort will be spectacular.

Numerous renovation projects have been completed; and for those of you who have not yet had an opportunity to visit, please make your travel plans, you will be proud to be owners. The Swimming Pool, Barbecue area, Tennis Courts, Beach Huts and Mini Basketball Court have all been upgraded and the resort has never looked better.

While we are facing a challenging economic climate and it is becoming increasingly difficult for us to part with our money, the condition and age of the units require our immediate attention. The renovation project that was announced last year is well underway in buildings A and B. The Board's commitment is to provide the highest level of owner satisfaction while being mindful of the financial impact to the Owner's Association. Alex will provide greater details of the unit renovations in his report later in the meeting.

So how do we expand and enhance our resort while simultaneously trying to keep owner fees in check? It might sound impossible but I believe it can be done. The answer is reducing costs and minimizing impact to our budget.

By applying this approach, the following measures have either been implemented or are under review to aid in reducing costs and generating income.

1. The unit interior renovation project has been reduced from last years announced estimate by $35.00 per interval, through aggressive negotiations and multiple biddings, while the scope of the project was greatly enhanced to better serve the needs of our owners.

2. Exploring the possibility of another energy provider at 60% reduction in cost from what we are currently paying. A non-binding Letter of Intent has been signed and additional information will be forth-coming.

3. Connecting with a national company for the care and operation of the Water Water Treatment Plant and the Reverse-Osmosis Plant. This agreement will save the association over $400K over the first five years.

4. A new laundry service agreement has been negotiated at a 15% cost reduction.

5. A new vending machine has been installed in the lobby with a 10% commission to the resort.

6. An "Association owned" Wi-Fi system was installed in March which will generate additional income.

7. A 20% commission from tour sales by our new beach vendor is being realized by the Association.

8. Expansion of the Delinquent Rental Program to include marketing by a professional rental company is being explored.

I have no doubt that all of us will benefit from these proposed and implemented initiatives. These projects have far-reaching effects on staff morale. The evidence that owners and management care and show interest in the property, is enough to challenge the employees to provide improved customer service and take pride in executing their jobs. Fewer guest complaints at the front desk allow employees to focus on enhancing guest experience rather than putting out fires. The staff seems to have received vigor, a significant snowball effect where we owners reap the benefits and can spend our time enjoying our property and our vacations!

I previously mentioned the Yahoo Owners Group, be sure to join us online. http://groups.yahoo.com/group/BluebeardsBeachClub/

This group of nearly 800 owners represents slightly less than 30% of all non-developer-owned intervals. The site provides owners an avenue to discuss issues, gain feedback and share information and has been a valuable tool that the Board utilizes to determine direction, changes and resolutions. One such issue that has received a lot of attention on the Yahoo group is with regard to those who have been experiencing difficulties with floating weeks 18-51. Your voices were heard and the Board, management and developer worked together to reach a solution to rectify this issue. Details are available on the Yahoo Group and will be mailed with the 2012 maintenance fee invoices.

We have many reasons to be excited about our resort's future. On behalf of my fellow board members, thank you for your ongoing support and trust. What we've accomplished in just 10 short months could not have been possible without the co-operative team effort put forth by the entire Board along with management and the developer. I look forward to continuing Bluebeard's Beach Club's transformation into the most desirable resort in St. Thomas.

Thank you for your attention.

2

eStatement                          **Page 2 of 3**

Slidell LA
01-03 POS Debit Visa Check Card 8858 01-02-12 Smarclub 6323 Gas                    82.
          Slidell LA
01-03 POS Debit Visa Check Card 3858 12-30-11 Winn-Dixie Slidell LA                47.
01-03 POS Debit Visa Check Card 8858 12-30-11 Slidell Pyro Slidell LA             53.
01-03 Paid To - Lowes Online Pmt Chk 4810086                                      99.
01-04 POS Debit Visa Check Card 8858 01-03-12 Smarclub 6236 Gas                  422.
          Slidell LA
01-04 POS Debit Visa Check Card 3854 01-03-12 Lowe S Country330C Lake             80.
          Charles LA
01-05 Paid To - Banfield-Pet Wp Payment Chk 2190001                               89.
01-06 Paid To - Toyota/Lexus Online Pmt Chk 4810086                              393.
02-09 Transfer From Shares                                                      2,911.
01-09 Deposit                                                                   1,161.
01-09 Deposit                                                                   2,971.
01-09 POS Debit Visa Check Card 3658 01-06-12 Wal-Mart #2585                      88.
          Covington LA
01-09 Paid To - Cm Inc. Bor. Jnt Life Prem Chk 6103631                           95.
01-09 Paid To - Cardmember Srv Online Pmt Chk 4810086                            192.
02-10 Deposit                                                                  1,135.
01-11 ATM Withdrawal 01-12-12 J13 Voters Road Slidell LA                          82.
01-12 POS Debit Visa Check Card 3658 01-11-12 Smarclub 6236 Slidell
          LA                                                                      97.
01-12 Paid To - Banfield-Pet Wp Payment Chk 9190001                               31.
10-12 Check 6292                                                               6,983.
01-13 POS Debit Visa Check Card 8858 01-12-12 Northshore Toyota
          Covington LA                                                           422.
01-13 Transfer To Shares                                                          88.
01-13 Transfer To Shares                                                          89.
01-13 Paid To - Navy FCU Online Pmt Chk 4810086                                  187.
01-13 Paid To - IRS Lender Train Online Pmt Chk 4810086                        4,382.
01-13 Paid To - Wellfargoho Loan Online Pmt Chk 4810086                        1,871.
01-18 Ending Balance                                                           2,857.

Your account earned $0.31, with an annual percentage yield earned of 0.110%, for
from 12-31-2011 through 12-31-2011
Items Paid

| Date | Item | Amount($) | Date | Item |
|---|---|---|---|---|
| 01-03 | ACH | 503.00 | 01-03 | 2 |
| 01-05 | ACH | 39.85 | 01-04 | 2 |
| 01-06 | ACH | 999.03 | 01-04 | 2 |
| 01-09 | ACH | 33.00 | 01-09 | 2 |
| 01-09 | ACH | 150.00 | 01-12 | 2 |
| 01-12 | ACH | 31.95 | 01-13 | 3 |
| 01-13 | ACH | 107.23 | 12-20 | 3 |
| 01-13 | ACH | 1,192.01 | 12-23 | 3 |
| 01-13 | ACH | 1,871.92 | 12-23 | 3 |
| 12-20 | ACH | 500.00 | 12-29 | 3 |
| 12-29 | ACH | 83.00 | 01-11 | |
| 12-23 | POS | 67.00 | 12-20 | 316490 - . |
| 01-03 | POS | 53.28 | 01-12 | 446102 * * |
| 01-03 | POS | 86.53 | | |

Savings

Membership Savings - 1275111232

Total Connected: SS82

| Date | Transaction Details | Amount |
|---|---|---|
| 12-23 | Beginning Balance | 85? |
| 12-23 | Transfer To Checking | 8 |
| 12-23 | Dividend | 9,622 |
| 01-03 | Transfer To Checking | 882 |
| 01-03 | Transfer From Checking | |
|  | Dana N Gilbert | |



January 6, 2012

STEVENS, JOHNNY K
130 SPARTAN LOOP
SLIDELL LA 70458

RE:   WYNDHAM - BLUEBEARDS BEACH CLUB
      Account # 1015087
      CDN # 83-651
      Balance 6,451.72

Dear Mr. Steven,

Your file has been submitted to this agency for collection.

Pursuant to your request this letter indicates that Pinnacle Recovery, Inc. and
Wyndham – Bluebeards Beach Club have agreed to accept $4,951.71 as payment in
fulll. Upon receipt of the full settlement balance the maintenance fees for the contract#
83-651 that was placed in collections on 04-13-2011 will be paid in full.

Please pay the amount of $4951.71 by January 10, 2012 to validate this offer.

Please call our offices at 1-888-831-1804 to make arrangements for payment.

This is an attempt to collect a debt.  Any information obtained will be used for this
purpose.


Sincerely,

James Jones
Collections Associate
Pinnacle Recovery, Inc
(888) 831-1804 Ext 1156


Pinnacle Recovery, Inc.
P.O. Box 130848
Carlsbad, CA 92013-0848
760.929.6685
760.929.6695 fax
Toll Free 888.831.1804



January 17, 2012

STEVENS, JOHNNY K
130 SPARTAN LOOP
SLIDELL LA 70458

RE:   WYNDHAM - BLUEBEARDS BEACH CLUB
      Account #1015087
      CDN #83-651

Dear Mr. Stevens,

As of the payment date of 01-10-2012, your account with the above referenced client that was placed in collections on 04-13-2011, is paid in full.

If you should have any further questions please call 888-831-1804 x1156.

Please remember you have an ongoing commitment for the annual fees.

Sincerely,


Jim Jones
Customer Service Representative
Pinnacle Recovery, Inc
(888) 831-1804 Ext 1156


This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Pinnacle Recovery, Inc.
P.O. Box 130848
Carlsbad, CA 92013-0848
760.929.6685
760.929.6695 fax
Toll Free 888.831.1804

08 June 2012

To Who It May Concern:

On June 04, 2012 I received a collection notice from Pinnacle Recovery stating that I owed Bluebeard Beach Club/ Wyndham $2,685.34.

On May 17, 2012 I received a letter form Wyndham stating that I owed $1,918.10.

On Jan 23, 2012 I received a letter from Wyndham stating that I owed $1,887.22.

I have tried to communicate with Wyndham but have been unable to come to any type of resolution. I have sent them copies of all the documents that I am sending you and have asked them to check into there records on this matters but all I get is a letter from them stating that I owe them even more money.

On Jan 10, 2012 I entered into an agreement with Pinnacle Recovery, Inc and Wyndham-Bluebeard Beach Club that they would except $4,951.71 in order to bring my account balance of $6451.72 up to date as a paid in full account. On Jan 10, 2012 I paid $4,951.71 and received a letter from Pinnacle Recovery stating that my account with Wyndham was paid in full as of 10 Jan 2012.

I have contacted Wyndham Vacation Ownership concerning this matter but the only response that I have received from them was another statement from them stating that I owed $1,918.10 along with a break down of what had been paid on my account. After checking there statements I found that even though I had paid them $4,951.71 they had only credited my account for $3,608.37. This made a deficiency of $1,343.34. I also noticed on there statement of my account that they failed to show on Jan 10, 2012 that the amount owed on my account had been reduced from $6,451.72 to the amount agreed upon to pay it off which was $4,951.71. Since this date they have continued to add on late fees and penalties to increase the amount that they claim I owe.

Since my 2012 maintenance fees were due by Jan 01, 2012 I understood it that when I paid the $4,951.71 that my entire account would be paid up to date, and this was paid on Jan 10, 2012.

I am sending you copies of everything that I have sent to Wyndham.

I am not sure what the problem is with this company but all I am trying to do is get this problem resolved so that I can move on and get rid of this property.

Any assistance/advice that you can give me would be greatly appreciated.

My contact information is:
Name: John K. Stevens
Account #83-651
Address: 130 Spartan Loop
         Slidell, LA 70458

John Stevens

# EXHIBIT I

# (following page)

PO Box 130848
Carlsbad CA 92013



888-831-1804
Fax (760) 929-6695

July 2, 2012

Regarding:   Bluebeards Beach Club (83)
Account #:    1133440
Amount Due: $2685.34



## THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

Dear Johnny K Stevens ,

We recently contacted you about your delinquent maintenance and tax obligation to our client referenced above. As we explained, it is our desire to be reasonable and that your best opportunity to resolve this matter is now. Again, we have been assigned responsibility to enforce this claim.

Be advised that to date you have yet to take advantage of this opportunity.  To continue without communication could only result in added costs.  We have a more reasonable alternative for you.  Please contact us immediately to discuss your options.

This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for this purpose.

Sincerely,

David Silva
**Pinnacle Recovery, Inc.**
**(888) 831-1804**

Visit our website to make your payment at paypinnaclerecovery.com.  You will need the account number and zip code as provided in this letter.

### Please see reverse side of this letter for important information.

ICU030404MT2

* * * Detach Lower Portion and Return with Payment in the Enclosed Envelope * * *

| You are hereby authorized to charge my credit card:. | | |
|---|---|---|
| (CHECK ONE)  ☐ VISA  ☐ MC  ☐ | | |
| CARD NUMBER  PLUS 3 DIGIT SECURITY CODE (on back of card) | | EXP. DATE / |
| CARDHOLDER NAME | PHONE # | AMOUNT $ |
| CARDHOLDER SIGNATURE | | DATE |

PO Box 130848
Carlsbad CA 92013-0848

**CHANGE SERVICE REQUESTED**

July 2. 2012

1133440-MT2      821134295

PERSONAL & CONFIDENTIAL
Johnny K Stevens
130 Spartan Loop
Slidell LA 70458-5586

Pinnacle Recovery, Inc.
PO Box 130848
Carlsbad CA 92013-0848

Regarding:    Bluebeards Beach Club (83)
Account #:     1133440
Amount Due: $2685.34

**FEDERAL AND STATE DEBT COLLECTION LAWS AND/OR THE FAIR CREDIT REPORTING ACT REQUIRE THE FOLLOWING DISCLOSURES**

**Required by Fair Credit Reporting Act:** You have a right to inspect your credit report.

**All States:** You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency (as authorized by our client) if you fail to fulfill the terms of your credit obligations.

**COLORADO:** If the consumer notifies a debt collection agency in writing that: the consumer wishes the collection agency to cease contact by telephone at the consumer's residence or place of employment, then no such further contact by telephone shall be made; the consumer refuses to pay a debt or the consumer wishes the collection agency to cease further communication with the consumer, then the debt collector or collection agency shall not communicate further with the consumer with respect to such debt, except for a written communication: to advise the consumer that the collection agency's further efforts are being terminated; to notify the consumer that the collection agency or creditor may invoke specified remedies which are ordinarily invoked by such collection agency or creditor; or where applicable, to notify the consumer that the collection agency or creditor intends to invoke a specified remedy permitted by law. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca.

This communication is from a debt collector.

1776 S. Jackson St., Suite 900, Denver, Co 80210, Telephone # 303-753-0945
Hours Monday thru Friday 9am to 5pm   Send payments to 1776 S. Jackson St., Suite 900, Denver, CO 80210

**IDAHO:** Managers can be reached at 888-831-1844, Monday to Friday, 8 a.m. to 5 p.m.

**MAINE:** Hours of Operation are Monday to Friday, 8 a.m. to 5 p.m.

**MASSACHUSETTS:** Massachusetts Office: 15 Union Street, Lawrence, Massachusetts 01840. Hours: Monday to Friday, 9 a.m. to 5 p.m. EST. Send Payments to: 15 Union Street, Lawrence, Massachusetts 08140.

"Notice of important rights": You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**NEW YORK CITY:** Department of Consumer Affairs License Number: 0163834.

**NORTH CAROLINA:** North Carolina Department of Insurance Permit Number 3514.

**TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

**UTAH:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**WISCONSIN:** This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.

# EXHIBIT J

(following page)



PO Box 130848
Carlsbad CA 92013

888-831-1804
Fax (760) 929-6695

August 1, 2012

Regarding:   Bluebeards Beach Club (83)
Account #:   1133440
Amount Due: $2685.34



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

## THIS HAS BEEN SENT TO YOU BY A COLLECTION AGENCY

Dear Johnny K Stevens ,

We feel we have given you every opportunity to amicably resolve your obligation to our client.  It is obvious that you have ignored our efforts to negotiate a satisfactory resolution.

This notice will serve as your last.  We expect to be given instructions by our client as to the next step towards enforcing their available rights and remedies.

This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for this purpose.

Sincerely,

David Silva
**Pinnacle Recovery, Inc.**
**(888) 831-1804**

Visit our website to make your payment at paypinnaclerecovery.com.  You will need the account number and zip code as provided in this letter.

### Please see reverse side of this letter for important information.

*46CL*8204541T3

* * * Detach Lower Portion and Return with Payment in the Enclosed Envelope * * *

| You are hereby authorized to charge my credit card:. | | |
|---|---|---|
| (CHECK ONE) ☐ ▭ ☐ ▭ ☐ ▭ | | |
| CARD NUMBER  PLUS 3 DIGIT SECURITY  CODE (on back of card) | | EXP DATE / |
| CARDHOLDER NAME | PHONE # | AMOUNT $ |
| CARDHOLDER SIGNATURE | | DATE |

PO Box 130848
Carlsbad CA 92013-0848

CHANGE SERVICE REQUESTED

August 1, 2012

1133440-MT3     842769630
ıllıqlllıʻlʻqlıqıllıʻlʻqlıʻqʻlllıʻqʻqlʻqʻlʻqlʻ
PERSONAL & CONFIDENTIAL
Johnny K Stevens
130 Spartan Loop
Slidell LA 70458-5586

Pinnacle Recovery, Inc.
PO Box 130848
Carlsbad CA 92013-0848
 llıllıʻʻlllıʻʻʻʻllıʻdllıʻlıʻlılʻʻlllıʻlʻlʻllıʻlʻlʻlʻl

Regarding:   Bluebeards Beach Club (83)
Account #:   1133440
Amount Due: $2685.34

## FEDERAL AND STATE DEBT COLLECTION LAWS AND/OR THE FAIR CREDIT REPORTING ACT REQUIRE THE FOLLOWING DISCLOSURES

**Required by Fair Credit Reporting Act:** You have a right to inspect your credit report.

**All States:** You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency (as authorized by our client) if you fail to fulfill the terms of your credit obligations.

**COLORADO:** If the consumer notifies a debt collection agency in writing that: the consumer wishes the collection agency to cease contact by telephone at the consumer's residence or place of employment, then no such further contact by telephone shall be made; the consumer refuses to pay a debt or the consumer wishes the collection agency to cease further communication with the consumer, then the debt collector or collection agency shall not communicate further with the consumer with respect to such debt, except for a written communication: to advise the consumer that the collection agency's further efforts are being terminated; to notify the consumer that the collection agency or creditor may invoke specified remedies which are ordinarily invoked by such collection agency or creditor; or where applicable, to notify the consumer that the collection agency or creditor intends to invoke a specified remedy permitted by law. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca.

This communication is from a debt collector.

1776 S. Jackson St., Suite 900, Denver, Co 80210, Telephone # 303-753-0945
Hours Monday thru Friday 9am to 5pm   Send payments to 1776 S. Jackson St., Suite 900, Denver, CO 80210

**IDAHO:** Managers can be reached at 888-831-1844, Monday to Friday, 8 a.m. to 5 p.m.

**MAINE:** Hours of Operation are Monday to Friday, 8 a.m. to 5 p.m.

**MASSACHUSETTS:** Massachusetts Office: 15 Union Street, Lawrence, Massachusetts 01840. Hours: Monday to Friday, 9 a.m. to 5 p.m. EST. Send Payments to: 15 Union Street, Lawrence, Massachusetts 08140.

"Notice of important rights": You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**NEW YORK CITY:** Department of Consumer Affairs License Number: 0163834.

**NORTH CAROLINA:** North Carolina Department of Insurance Permit Number 3514.

**TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

**UTAH:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**WISCONSIN:** This collection agency is licensed by the Office of the Administrator of the Division of Banking, P.O. Box 7876, Madison, Wisconsin 53707.