UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN K. STEVENS,<br>　　　　　　　Plaintiff<br>versus<br><br>PINNACLE RECOVERY, INC.;<br>WYNDHAM VACATION OWNERSHIP, INC.;<br>ABC INSURANCE COMPANY; and XYZ<br>INSURANCE COMPANY, ET AL.<br>　　　　　　　Defendants | CIVIL ACTION<br>NO. 12-02291<br><br>SECTION N<br>JUDGE ENGELHARDT<br><br>MAGISTRATE JUDGE<br>KNOWLES |

_____          _____
FILED                                                              DEPUTY CLERK

## **ORDER**

Considering the motion of the plaintiff informing the court that an agreement to settle and compromise all claims has been reached,

IT IS ORDERED that this case is dismissed with prejudice.

IT IS FURTHER ORDERED that this court shall retain jurisdiction for purposes of enforcing the settlement, if the settlement is not consummated within a reasonable time.

New Orleans, Louisiana, this __22nd__ day of _____January_____, 2013.

_____
UNITED STATES DISTRICT JUDGE